FILED
2020 Jul-30 PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(Southern Division)

| | |
|---|---|
| **APRIL M. PIPKINS, individually, and as the Personal Representative of the ESTATE OF EMANTIC FITZGERALD BRADFORD, JR,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID ALEXANDER, et al.,**<br><br>Defendants. | No. 2-19-cv-01907-RDP<br><br><br>**CIVIL ACTION – LAW**<br>**JURY TRIAL DEMANDED** |

## STIPULATION

Pursuant to FED.R.CIV.P. 15(a)(2), the parties hereby stipulate to the following:

1. Plaintiff may file the Second Amended Complaint served by Plaintiffs' counsel on all counsel of record via email dated July 29, 2020.

2. In the event that any party files a Motion to Dismiss the Second Amended Complaint, Plaintiff is permitted to respond to the Motion with a Third Amended Complaint.

1

**RESPECTFULLY SUBMITTED,**

**COUNSEL FOR PLAINTIFFS:**

**s/** *Devon M. Jacob*                              DATE: July 30, 2020
**DEVON M. JACOB, ESQUIRE**
Bar ID: 89182 (PA)
djacob@jacoblitigation.com
**JACOB LITIGATION, INC.**
P.O. Box 837, Mechanicsburg, PA 17055-0837
717.796.7733


**s/** *Rodney F. Barganier*                         DATE: July 30, 2020
**RODNEY F. BARGANIER, ESQUIRE**
ASB NUMBER: BAR125
rfb@barganierlaw.net
**FRANKIE E. LEE, ESQUIRE**
ASB NUMBER: LEE055
frankie@barganierlaw.net
**BARGANIER LAW GROUP, LLC**
2730 Ensley Avenue
Birmingham, AL 35218
205.776.1776


**BENJAMIN L. CRUMP, ESQUIRE**
Bar ID: 0072583 (FL)
ben@bencrump.com
**BEN CRUMP LAW, PLLC**
122 S. Calhoun, Street
Tallahassee, FL 32301
844.638.1822

**COUNSEL FOR DEFENDANT ALEXANDER:**

s/ *Donald R. James, Jr.*  DATE: July 30, 2020
**DONALD R. JAMES, JR., ESQUIRE**
ASB NUMBER: 4090-M39D
rjames@dillardmcknight.com
**JOEL E. DILLARD, ESQUIRE**
ASB NUMBER: 5418-R62J
jdillard@dillardmcknight.com
**DILLARD, MCKNIGHT, JAMES & MCELROY, L.L.P.**
P.O. Box 530333
Birmingham, AL 35253
205.271.1100

**COUNSEL FOR DEFENDANT CITY OF HOOVER:**

s/ *Albert L. Jordan*  DATE: July 30, 2020
**ALBERT L. JORDAN, ESQUIRE**
ASB NUMBER: 5222D51A
bjordan@wallacejordan.com
**CECIL H. MACOY, JR., ESQUIRE**
cmacoy@wallacejordan.com
**RODERICK J. EVANS, ESQUIRE**
revans@wallacejordan.com
**PHILLIP D. CORLEY, JR.**
pcorley@wallacejordan.com
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
(205) 870-0555

**COUNSEL FOR DEFENDANTS HOOVER MALL BROOKFIELD:**

s/ *Daniel J. Newton*  DATE: July 30, 2020
**DANIEL J. NEWTON, ESQUIRE**
ASB NUMBER: 7177L62N
DNewton@ggh-law.com
**GAINES, GAULT & HENDRIX, PC**
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243
205.980.5888

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
### (Southern Division)

| | |
|---|---|
| **APRIL PIPKINS, individually, and as the Personal Representative of the ESTATE OF EMANTIC FITZGERALD BRADFORD, JR,** | No. 2:19-cv-01907-RDP |
| Plaintiff, | **CIVIL ACTION – LAW**<br>**JURY TRIAL DEMANDED** |
| v. | |
| **DAVID ALEXANDER, et al.,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Devon M. Jacob, Esquire, hereby certify that on the below referenced date, I served a true and correct copy of this Stipulation, via ECF and/or email, on the above-signed counsel.

**Respectfully Submitted,**

s/ *Devon M. Jacob*                                             Date: July 30, 2020
**DEVON M. JACOB, ESQUIRE**