FILED
2022 Jan-24  PM 04:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **APRIL PIPKINS,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:19-CV-01907-RDP** |
| | } | |
| **CITY OF HOOVER, ALABAMA, et al.,** | } | |
| | } | |
| **Defendant.** | } | |

**MEMORANDUM OPINION & ORDER**

On January 7, 2022, the Magistrate Judge entered a Report and Recommendation (Doc. # 88), recommending that Plaintiff's Motion for Court to Conduct *In Camera* Inspection of Certain Documents and to Permit Service of Subpoenas to Obtain Training Records (Doc. # 81) be granted. Although the parties were advised of the right to object (Doc. # 88 at 6), no objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation.  In accordance with the Recommendation, Plaintiff's Motion (Doc. # 81) is **GRANTED**.

Plaintiff is **GRANTED** leave to serve subpoenas to obtain additional training records related to Alexander's training courses. This matter is **REFERRED** to the Magistrate Judge to prepare a Report and Recommendation on the discoverability of the relevant documents after an *in camera* review is conducted.

**DONE** and **ORDERED** this January 24, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE