UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL PIPKINS, | } |
| Plaintiff, | } |
| v. | } Case No.: 2:19-CV-1907-RDP |
| CITY OF HOOVER, ALABAMA, | } |
| Defendant. | } |

## MEMORANDUM OPINION & ORDER

On February 16, 2022, the Magistrate Judge entered a Report and Recommendation (Doc. # 94), recommending that the court order (1) that the City produce the documents with Bates numbers 211 to 221 as relevant and not privileged and (2) that the court deem the remaining documents to be protected from disclosure under Alabama Code § 12-21-3.1. Although the parties were advised of the right to object (Doc. # 94 at 5), no objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation. In accordance with the Recommendation, the court hereby **ORDERS** that the City produces the documents with Bates numbers 211 through 221 ("Training Literature; SSGT Defensive Tactics—Vanguard Level One, Active Shooter Course excerpts") and that the remaining materials reviewed by the Magistrate Judge are protected from disclosure.

**DONE** and **ORDERED** this March 4, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE