Clearly UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **APRIL PIPKINS,** | } | |
| Plaintiff, | } } } | |
| v. | } } | Case No.: 2:19-CV-1907-RDP |
| **CITY OF HOOVER, ALABAMA,** | } } } | |
| Defendant. | } | |

# FINAL JUDGMENT

In accordance with the accompanying Memorandum Opinion, the court **GRANTS** summary judgment in favor of Defendants City of Hoover, Brookfield Properties Retail, Inc. and Hoover Mall Limited, L.L.C. and against Plaintiff April Pipkins on Plaintiff's *Monell*/municipal liability claim against the City, the Mall, and Brookfield. That claim is **DISMISSED WITH PREJUDICE**.

The court declines to exercise jurisdiction over Plaintiff's remaining wrongful death/negligence/wantonness claim against the City. That claim is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to close this case. Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this February 22, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE